Present—Scudder, P.J., Hurlbutt, Smith, Centra and Pine, JJ.

In the Matter of ITALO DIXON, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [853 NYS2d 519]—

Present—Scudder, P.J., Hurlbutt, Smith, Centra and Pine, JJ.

In the Matter of OLIVER RICHARDSON, Petitioner, v BRIAN FISCHER, as Commissioner of New York State Department of Correctional Services, Respondent. [852 NYS2d 921]—

Present—Scudder, P.J., Hurlbutt, Smith, Centra and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KELVIN B. MURPHY, Appellant. [853 NYS2d 518]—

Present—Scudder, P.J., Hurlbutt, Smith, Centra and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID RATH, Appellant. (Appeal No. 1.) [852 NYS2d 921]—

1312

Present—Scudder, P.J., Hurlbutt, Smith, Centra and Pine, JJ.

The People of the State of New York, Respondent, v David Rath, Appellant. (Appeal No. 2.) [852 NYS2d 922]—

Present—Scudder, P.J., Hurlbutt, Smith, Centra and Pine, JJ.

In the Matter of Tyler L., an Infant. Herkimer County Department of Social Services, Respondent; Morris K., Appellant. [853 NYS2d 519]—

Present—Scudder, P.J., Hurlbutt, Smith, Centra and Pine, JJ.

In the Matter of Tamara Lynn R., Respondent, v William M.C., Appellant. [852 NYS2d 922]—

Present—Scudder, P.J., Hurlbutt, Smith, Centra and Pine, JJ.

In the Matter of Crystal M., an Infant. Erie County Department of Social Services, Respondent; Matthew A.M., Sr., Appellant. [856 NYS2d 376]—